IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 10-cv-01612-BNB


DONALD GILLISON,

        Plaintiff,

v.

GOVERNOR BILL RITTER,
TIM HAND,
NICOLE S. GELLAR,
JOHN W. SUTHERS,
DAVID MICHAUD,
CURTIS DEVIN,
ARISTEDES W. ZAVARAS,
ALLEN STANLEY,
A. EVANS,
ANGEL MEDINA, and
KEN HOFLICH,

        Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

        Plaintiff's Motion Duty of Disclosure (Doc No. 14) filed on October 5, 2010, is
DENIED.

Dated:  October 6, 2010